# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KUGLER, ROBERT B. | United States District Court - District of New Jersey | 5/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Mitchell Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KUGLER, ROBERT B.** | 5/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-Employed Court Reporter |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KUGLER, ROBERT B.** | 5/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin TempletonMutual Qualified Fund | A | Dividend | J | T | | | | | |
| 3. Trust (Income Beneficiary) | C | Dividend | M | T | | | | | |
| 4. Partnership, Coins | | None | J | T | | | | | |
| 5. TD Bank | A | Interest | J | T | | | | | |
| 6. AIG Sun America | A | Interest | J | T | | | | | |
| 7. Trust (Trustee) - #8 - #92 are assets of the Trust | | | | | | | | | |
| 8. -Wells Fargo | A | Interest | J | T | | | | | |
| 9. -Vanguard Bond Fund | D | Dividend | L | T | | | | | |
| 10. -Vanguard NJ Tax Exempt | A | Dividend | K | T | | | | | |
| 11. -Vanguard Dividend Growth | D | Dividend | M | T | | | | | |
| 12. -Vanguard 500 Index | D | Dividend | M | T | | | | | |
| 13. -Ambev SA ADR | A | Dividend | J | T | | | | | |
| 14. -Bassett Furniture | A | Dividend | J | T | Sold | 07/01/15 | J | D | |
| 15. -Bel Fuse, Inc. | A | Dividend | J | T | | | | | |
| 16. -Blue Capital Reinsurance Ltd. | A | Dividend | J | T | Buy | 07/31/15 | | | |
| 17. -Calamos Asset Mgmt. Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Capital Product Partners | A | Dividend | J | T | Buy | 04/28/15 | | | |
| 19. -Ceco Environmental Corp. | A | Dividend | J | T | Buy | 10/21/15 | | | |
| 20. -Codorus Valley Bancorp | A | Dividend | J | T | | | | | |
| 21. -Commercial National Finl Corp. | A | Dividend | J | T | Buy | 02/06/15 | | | |
| 22. -Croghan Bancshares Inc. | A | Dividend | K | T | | | | | |
| 23. -Crown Media Holdings | A | Dividend | J | T | | | | | |
| 24. -Delta Natural Gas Company Inc. | A | Dividend | J | T | | | | | |
| 25. -Eastern Virginia Bank Inc. | A | Dividend | J | T | | | | | |
| 26. -Exchange Bank Santa Rosa | A | Dividend | J | T | Buy | 03/17/15 | | | |
| 27. -F & M Bank Corp. | A | Dividend | J | T | | | | | |
| 28. -First Bancshares Inc. | A | Dividend | J | T | | | | | |
| 29. -First Community Bancshares | A | Dividend | J | T | Buy | 01/15/15 | | | |
| 30. -Horace Mann Educators Corp. | A | Dividend | J | T | | | | | |
| 31. -Ingredion, Inc. | A | Dividend | J | T | | | | | |
| 32. -Integrys Energy Group | A | Dividend | J | T | Sold | 06/29/15 | J | C | |
| 33. -Iowa First Bancshares Corp. | A | Dividend | J | T | | | | | |
| 34. -Laclede Group Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Logansport Financial Corp. | A | Dividend | J | T | | | | | |
| 36. -Mackinac Financial Corp. | A | Dividend | J | T | Buy | 10/21/15 | | | |
| 37. -Magal Securities Systems Ltd. | A | Dividend | J | T | | | | | |
| 38. -Manning & Napier Inc. | A | Dividend | J | T | | | | | |
| 39. -MDV Resources Group, Inc. | A | Dividend | J | T | | | | | |
| 40. -Mid Penn Bancorp Inc. | A | Dividend | J | T | | | | | |
| 41. -Molina Healthcare Inc. | A | Dividend | J | T | | | | | |
| 42. -Monarch Financial Holdings Inc. | A | Dividend | J | T | | | | | |
| 43. -New Jersey Res Corp. | A | Dividend | J | T | | | | | |
| 44. -Nordic American Tanker Ltd. | A | Dividend | J | T | | | | | |
| 45. -Northway Financial Inc. | A | Dividend | J | T | | | | | |
| 46. -Northwest Natural Gas Co. | A | Dividend | J | T | | | | | |
| 47. -Otter Tail Corp. | A | Dividend | J | T | | | | | |
| 48. -Pembina Pipeline Corp. | A | Dividend | J | T | | | | | |
| 49. -Pico Holdings Inc. | A | Dividend | J | T | Sold | 06/02/15 | J | A | |
| 50. -Pinnacle Bancshares Inc. | A | Dividend | J | T | | | | | |
| 51. -Powersecure Intl Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Questor Corp. | A | Dividend | J | T | Buy | 06/29/15 | | | |
| 53. -River Valley Bancorp | A | Dividend | J | T | | | | | |
| 54. -Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 55. -Scana Corp. | A | Dividend | J | T | Buy | 06/18/15 | | | |
| 56. -Security Federal Corp. | A | Dividend | J | T | | | | | |
| 57. -Shiloh Industries Inc. | A | Dividend | J | T | Sold | 12/17/15 | J | A | |
| 58. -Southern Michigan Bancorp | A | Dividend | J | T | | | | | |
| 59. -Spartan Nash Co. | A | Dividend | J | T | Sold | 07/01/15 | J | B | |
| 60. -Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 61. -Summit State Bank | A | Dividend | J | T | | | | | |
| 62. -Universal Health Realty Income Trust | A | Dividend | J | T | | | | | |
| 63. -Veolia Environmental ADR | A | Dividend | J | T | | | | | |
| 64. -WEC Energy Group, Inc. | A | Dividend | J | T | Buy | 06/15/15 | | | |
| 65. -WGL Holdings Inc. | A | Dividend | J | T | | | | | |
| 66. -Winnebago Industries | A | Dividend | J | T | Buy | 02/18/15 | | | |
| 67. -Calumet Specialty Products | A | Dividend | J | T | | | | | |
| 68. -Ciner Resources Ltd. | A | Dividend | J | T | Buy | 04/10/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Cone Midstream Partners | A | Dividend | J | T | Buy | 10/21/15 | | | |
| 70. -Ferrellgas Partners Ltd. | A | Dividend | J | T | Buy | 03/27/15 | | | |
| 71. -NCL Energy Partners, LP | A | Dividend | J | T | Buy | 04/28/15 | | | |
| 72. -PBF Logistics Ltd. | A | Dividend | J | T | Buy | 03/10/15 | | | |
| 73. -Pike Corp. | A | Dividend | J | T | | | | | |
| 74. -Diversicare Healthcare Services | A | Dividend | J | T | Sold | 12/17/15 | J | A | |
| 75. -CompX Intl. Inc. | A | Dividend | J | T | Sold | 08/06/15 | J | A | |
| 76. -Plains All American Pipeline | A | Dividend | J | T | Sold | 08/06/15 | J | A | |
| 77. -Pike Corp. | A | Dividend | J | T | | | | | |
| 78. -Enable Midstream Partners | A | Dividend | J | T | Buy | 05/26/15 | | | |
| 79. -Enable Midstream Partners | | | | | Sold | 08/11/15 | J | A | |
| 80. -Premier Inc. | A | Dividend | J | T | Buy | 11/02/15 | | | |
| 81. -Premier Inc. | | | | | Sold | 12/17/15 | J | A | |
| 82. -Plains All American Pipeline | A | Dividend | J | T | Sold | 08/11/15 | J | A | |
| 83. -Great Lakes Dredge & Dock | A | Dividend | J | T | Buy | 03/03/15 | | | |
| 84. -Great Lakes Dredge & Dock | | | | | Sold | 11/02/15 | J | A | |
| 85. -RPX Corp. | A | Dividend | J | T | Buy | 02/18/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -RPX Corp. | | | | | Sold | 07/07/15 | J | A | |
| 87. -Hardings Inc. | A | Dividend | J | T | Buy | 02/18/15 | | | |
| 88. -Hardings Inc. | | | | | Sold | 12/17/15 | J | A | |
| 89. -Medical Properties Trust | A | Dividend | J | T | | | | | |
| 90. -Ardmore Shipping Corp. | A | Dividend | J | T | Buy | 04/07/15 | | | |
| 91. -Katahdin Bankshares | A | Dividend | J | T | Buy | 11/12/15 | | | |
| 92. -Mortgage NJ Property | A | Interest | N | T | | | | | |
| 93. U S Savings Bonds | A | Interest | K | T | | | | | |
| 94. Met Life (whole life) | A | Dividend | J | T | | | | | |
| 95. T D Bank | A | Interest | K | T | | | | | |
| 96. T Rowe Price Alaska 529 (no control) | C | Dividend | M | T | | | | | |
| 97. ING Direct | A | Interest | K | T | | | | | |
| 98. Pioneer Stock Fund | A | Dividend | L | T | | | | | |
| 99. Ambev | A | Dividend | J | T | Sold | 12/29/15 | J | A | |
| 100. Manning & Napier | A | Dividend | J | T | | | | | |
| 101. Commercial National Financial Corp. | A | Dividend | J | T | Sold | 12/29/15 | J | A | |
| 102. F & M Bank Corp. | A | Dividend | J | T | Sold | 06/12/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Integrys Energy Group | A | Dividend | J | T | Sold | 11/10/15 | J | A | |
| 104. Bank McKenney Va | A | Dividend | J | T | Sold | 05/20/15 | J | A | |
| 105. Veolia Environmental | A | Dividend | J | T | Sold | 11/12/15 | J | A | |
| 106. Security Federal Corp. | A | Dividend | J | T | | | | | |
| 107. Winthrop Realty Trust | A | Dividend | J | T | | | | | |
| 108. Ballston Spa National Bank | A | Dividend | J | T | | | | | |
| 109. Sturgis Bancorp | A | Dividend | J | T | | | | | |
| 110. Natural Resources Partners LP | A | Dividend | J | T | Sold | 11/12/15 | J | A | |
| 111. CVR Partners LP | A | Dividend | J | T | Sold | 12/29/15 | J | A | |
| 112. Spartan Nash | A | Dividend | J | T | Sold | 05/27/15 | J | A | |
| 113. CBT Financial Corp. | A | Dividend | J | T | | | | | |
| 114. Bio-Reference Lab Inc. | A | Dividend | J | T | Sold | 03/05/15 | J | A | |
| 115. River Valley Bancorp | A | Dividend | J | T | Sold | 10/16/15 | J | A | |
| 116. Exelon Corp. | A | Dividend | J | T | | | | | |
| 117. First Community Bancshares | A | Dividend | J | T | Sold | 05/27/15 | J | A | |
| 118. Powersecure Intl. Inc. | A | Dividend | J | T | Sold | 05/27/15 | J | A | |
| 119. Franklin Financial Services | A | Dividend | J | T | Sold | 04/15/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Iowa First Bancshares Corp. | A | Dividend | J | T | Sold | 09/17/15 | J | A | |
| 121. PGT Inc. | A | Dividend | J | T | Sold | 03/09/15 | J | A | |
| 122. PICO Holdings Inc. | A | Dividend | J | T | Sold | 03/16/15 | J | A | |
| 123. Otter Tail Corp. | A | Dividend | J | T | Sold | 12/16/15 | J | A | |
| 124. Armada Hoffler Properties, Inc. | A | Dividend | J | T | | | | | |
| 125. Magal Security | A | Dividend | J | T | Sold | 05/29/15 | J | A | |
| 126. Croghan Bancshares Inc. | A | Dividend | J | T | | | | | |
| 127. Health Ins. Innovations Inc. | A | Dividend | J | T | Sold | 11/12/15 | J | A | |
| 128. Calumet Specialty | A | Dividend | J | T | Sold | 12/17/15 | J | A | |
| 129. Atlas Air Worldwide Holdings Inc. | A | Dividend | J | T | Sold | 01/05/15 | J | A | |
| 130. Thor Industries Inc. | A | Dividend | J | T | Sold | 08/19/15 | J | A | |
| 131. Perion Network Ltd. | A | Dividend | J | T | Sold | 01/06/15 | J | A | |
| 132. Electro Rent Corp. | A | Dividend | J | T | Buy | 02/09/15 | | | |
| 133. Electro Rent Corp. | | | | | Sold | 03/03/15 | J | A | |
| 134. Capital Products Partners | A | Dividend | J | T | Buy | 02/20/15 | | | |
| 135. Capital Products Partners | | | | | Sold | 08/05/15 | J | A | |
| 136. Great Lakes Dredge | A | Dividend | J | T | Buy | 02/24/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Great Lakes Dredge | | | | | Sold | 10/20/15 | J | A | |
| 138. American Midstream Partners | A | Dividend | J | T | Buy | 10/07/15 | | | |
| 139. American Midstream Partners | | | | | Sold | 11/23/15 | J | A | |
| 140. DCP Midstream Partners | A | Dividend | J | T | Buy | 04/09/15 | | | |
| 141. DCP Midstream Partners | | | | | Sold | 06/25/15 | J | A | |
| 142. Constellium NV | A | Dividend | J | T | Buy | 04/21/15 | | | |
| 143. Constellium NV | | | | | Sold | 07/01/15 | J | A | |
| 144. CAE Inc. | A | Dividend | J | T | Buy | 11/11/15 | | | |
| 145. CECO Environmental | A | Dividend | J | T | Buy | 11/06/15 | | | |
| 146. Magic Software | A | Dividend | J | T | Buy | 10/30/15 | | | |
| 147. Katahdin Bankshares Corp. | A | Dividend | J | T | Buy | 10/22/15 | | | |
| 148. Blue Capital Reinsurance | A | Dividend | J | T | Buy | 10/06/15 | | | |
| 149. Northway Financial | A | Dividend | J | T | Buy | 07/08/15 | | | |
| 150. Medical PPTYS TR Inc. | A | Dividend | J | T | Buy | 10/06/15 | | | |
| 151. Exchange Bank Santa Rosa | A | Dividend | J | T | Buy | 04/20/15 | | | |
| 152. Investors Real Estate | A | Dividend | J | T | Buy | 04/09/15 | | | |
| 153. Ferrellgas Partners | A | Dividend | J | T | Buy | 03/24/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Croghan Bancshares | A | Dividend | J | T | Buy | 03/24/15 | | | |
| 155. PBI Logistics | A | Dividend | J | T | Buy | 02/27/15 | | | |
| 156. Real Estate - (Collier County, FL) Parcel 1 | | None | O | T | | | | | |
| 157. Real Estate - (Atlantic County, NJ) Parcel 1 | | None | O | T | | | | | |
| 158. Real Estate - (Atlantic County, NJ) Parcel 2 | | None | N | T | | | | | |
| 159. Real Estate - (Camden County, NJ) Parcel 1 | | None | O | S | | | | | |
| 160. Real Estate - (Camden County, NJ) Parcel 2 | D | Rent | M | S | | | | | |
| 161. Real Estate - (Camden County, NJ) Parcel 3 | D | Rent | O | S | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KUGLER, ROBERT B. | 5/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Paragraph 4, the partnership is with a family member and is invested in gold coins.

The assessments in Part VII, paragraphs 156 - 161, are as follows:

| | |
| --- | --- |
| Collier County Parcel 1: | $547,000 |
| Atlantic County Parcel 1: | $544,600 |
| Atlantic County Parcel 2: | $309,900 |
| Camden County Parcel 1: | $750,000 |
| Camden County Parcel 2: | $187,400 |
| Camden County Parcel 3: | $912,000 |

Part VII, Paragraph 68. When purchased on 4/10/15, the company was known as OCI Resources LP and changed its name on 11/6/15.

Part VII, Paragraph 92 is a purchase money mortgage given to the Trust to secure a loan made by the Trust.

Part VII, Paragraph 97 the ING Account was liquidated in 2015.

Part VII Paragraphs 93, 94, 95, 96, 97, 98, 157, 158, 159, 160 and 161, are owned entirely by spouse.

As to Part VII, Paragraph 3, I am an income beneficiary of a Trust established by a deceased relative. I have only a contingent interest in the corpus. I have no power to direct, buy, sell, or otherwise dispose of the assets. As of 12/31/15, the Trust was invested in the following funds and securities: Aberdeen Global High Income Fund; American Century Tax-Free Bond Fund; Nuveen Intermediate Duration Bond Fund; Nurveen Limited Term Municipal Bond Fund; Vanguard Intermediate TermTax Exempt Fund; Fidelity Advisors Emerging Markets Income Fund; Pimco Emerging Local Bond Fund; Pimco Foreign Bond Fund; Comcast Corp.; Johnson Controls, Inc.; Target Corp.; TJX Companies, Inc.; Walt Disney Co.; CVS Health Corp.; Exxon Mobil Corp.; Affiliated Managers Group, Inc.; Ameriprise Financial Inc.; Berkshire Hathaway, Inc.; Blackrock, Inc.; Citigroup, Inc.; CME Group, Inc.; Goldman Sachs Group, Inc.; J.P. Morgan Chase & Co.; Gilead Sciences, Inc.; McKesson Corp.; United Health Group, Inc.; Boeing Co.; General Electric Co.; Union Pacific Corp.; Alphabet Inc.; Apple, Inc.; Cisco Systems, Inc.; Microsoft Corp.; Oracle Corp.; Celanese Corp.; Monsanto Co.; Verizon Communications; Public Service Enterprise Group, Inc.; Diageo PLC; Eaton Corp.; HSBC; Schlumberger Ltd.; Suncor Energy, Inc..; Touchstone Mid Cap Fund; Victory Munder Mid Cap Core Growth Fund; Artisan International Fund; Harbor International Fund; IShares MSCI Emerging Markets Fund; AQR Managed Futures Strategy Fund; ASG Global Alternatives Fund; Blackrock Global Fund; Eaton Vance Global Macro Absolute Return Fund; Neuberger Berman Long Short Fund;The Merger Fund; Barclays Bank Bloomberg Commodity Index Fund; Morgan Stanley International Real Estate Portfolio; Voya Real Estate Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544